NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SALLE BELL, in her capacity as guardian )
of the property of the minor children K.P. )
and K.M., )
)
     Appellant, )
)
v. )     Case Nos.  2D17-4454
)                      2D17-5149
TYE WEISENFLUH, as personal )
representative of the Estate of Kristen )     CONSOLIDATED
Weisenfluh, deceased; and BAYFRONT )
HMA MEDICAL CENTER, LLC, d/b/a )
Bayfront Health-St. Petersburg, )
)
     Appellees. )
_____ )

Opinion filed April 24, 2019.

Appeal from the Circuit Court for Pinellas
County; Jack R. St. Arnold, Judge.

Stephen R. Senn of Peterson & Myers,
P.A., Lakeland; and Kevin A. Ashley of
Peterson & Myers, P.A., Winter Haven, for
Appellant.

Raymond T. Elligett, Jr. and Amy S. Farrior
of Buell & Elligett, P.A., Tampa; Thomas D.
Masterson and Gregory J. Hoag of
Masterson, Hoag & Smith, P.A., Saint
Petersburg; and Gary D. Fox of Stewart
Tilghman Fox Bianchi & Cain, P.A., Miami,
for Appellee Tye Weisenfluh.

No appearance for remaining Appellee.

PER CURIAM.

Affirmed.

LaROSE, C.J., and LUCAS and KHOUZAM, JJ., Concur.